

Ex 1