UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. EMR QUALITY, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>NORTHEAST OHIO<br>CARDIOVASCULAR SPECIALISTS, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:14-cv-1792<br><br>JUDGE WELLS<br><br>MOTION TO VOLUNTARILY<br>DISMISS WITHOUT PREJUDICE<br>PURSUANT TO R. 41(a)(1)<br><br>FILED IN CAMERA<br>SEALED PURSUANT<br>TO 31 U.S.C. § 3730(b)(2) |

Now comes Relator EMR Quality, Inc., through its attorney, who moves to dismiss the above captioned case pursuant to Rule 41(a)(1). On behalf of the United States, Assistant U.S. Attorney Patricia Fitzgerald consents to the dismissal.

Respectfully submitted,

Warner Mendenhall (0070165)
Attorney for the Relator
warnermendenhall@hotmail.com
190 North Union Street, Suite 201
Akron, OH 44304
330.535.9160
f330.762.9743

## CERTIFICATE OF SERVICE

The undersigned certifies that on 5-11-15, a copy of the foregoing was filed under seal. Notice of this filing will be sent by regular U.S. Mail to:

Steven Dettelbach
U.S. Attorney
United States Courthouse
801 W. Superior Ave., Ste. 400
Cleveland, OH 44113

Attorney General Lynch
U.S. Department of Justice
False Claims Act Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

_____
Warner Mendenhall (0070165)
Attorney for the Relator

2