

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. EMR QUALITY, LLC, | Case No.: 1:14CV1792 |
| Plaintiff-Relator, | JUDGE WELLS |
| v. | |
| NORTHEAST OHIO CARDIOVASCULAR SPECIALISTS, et al. | THE GOVERNMENT'S NOTICE OF CONSENT TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| Defendants. | |
| | FILED UNDER SEAL |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States notifies the Court of its consent to the Plaintiff-Relator's voluntary dismissal of this action without prejudice.

The Government requests that the Plaintiff-Relator's Complaint, Plaintiff-Relator's Notice of Voluntary Dismissal Without Prejudice, and this Consent to Dismissal Without Prejudice and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United

States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

STEVEN M. DETTELBACH
United States Attorney

By: /s/ Patricia M. Fitzgerald
Patricia M. Fitzgerald (PA Bar #308973)
Steven J. Paffilas (0037376)
Assistant U.S. Attorneys
United States Courthouse
801 West Superior Avenue
Suite 400
Cleveland, OH 44113
Phone: (216) 622-3779/(216)622-3698
Fax: (216) 522-2404
E-Mail: Patricia.Fitzgerald2@usdoj.gov
Steven.Paffilas@usdoj.gov

ATTORNEYS FOR THE
UNITED STATES OF AMERICA

## Certificate of Service

I hereby certify that the foregoing *United States' Notice of Consent to Voluntary Dismissal Without Prejudice*, was served on the attorney for the Relator-Plaintiff, by U.S. Ordinary mail on May 11, 2015.

>  WARNER MENDENHALL
>  Law Offices of Warner Mendenhall, Inc.
>  190 N. Union St., Ste. 201
>  Akron, OH 44304

>  /s/ Patricia M. Fitzgerald
>  Patricia M. Fitzgerald
>  Assistant U.S. Attorney