UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. EMR QUALITY, LLC, | ) ) ) | Case No.: 1:14CV1792 |
| Plaintiff-Relator, | ) ) | JUDGE WELLS |
| v. | ) ) | |
| NORTHEAST OHIO CARDIOVASCULAR SPECIALISTS, et al. | ) ) ) | |
| Defendants. | ) | ORDER |

The United States having consented to the Plaintiff-Relator's Voluntary Dismissal Without Prejudice of this action, the Court rules as follows:

IT IS ORDERED that,

1. the Plaintiff-Relator's Complaint, Plaintiff-Relator's Notice of Voluntary Dismissal Without Prejudice, the Government's Consent to Dismissal without Prejudice and this Order be unsealed; and

2. the seal be lifted as to all other matters occurring in this action after the date of this Order.

IT IS SO ORDERED,

This  13  day of  May , 2015.

_____
LESLEY WELLS
United States District Judge