IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
UNITED STATES OF AMERICA, ex rel. : CASE NO. 1:14 CV 1792
EMR QUALITY, LLC, :
 :
             Plaintiff-Relator, :
 :
             -vs- :
 :
NORTHEAST OHIO :
CARDIOVASCULAR SPECIALISTS, et : <u>ORDER OF DISMISSAL</u>
al :
 
             Defendants.
-------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     This case is before the Court on the plaintiff's notice of voluntary dismissal without prejudice. (Doc. 4). Pursuant to Federal Rule 41(a)(1)(A)(i), this matter is hereby dismissed without prejudice.

     IT IS SO ORDERED.

                                                   /s/ Lesley Wells
                                         UNITED STATES DISTRICT JUDGE

Date: <u>19 May 2015</u>